450 A.2d 205

Commonwealth v. Collins, Appellant.

Submitted March 23, 1982. William John Fulton, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.